FILED

JUN 27 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:19CR494 AGF/NCC |
| LAMAR MILLER, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about January 17, 2019, in St. Louis County, within the Eastern District of Missouri,

**LAMAR MILLER,**

the Defendant herein, did knowingly possess one or more machineguns.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ANTHONY FRANKS #50217MO
Assistant United States Attorney