What are your best accomplishments? What have you done that you are really proud of? What have you done that other people and/or your family are proud of?

The main elements my family & I are proud of is my graduation from highschool & being a provider for my family in any way. To others who aren't family I normally support them with mechanical issues, rehabing their homes, landscaping, babysitting, or even just being someone to talk to.

What are your best attributes?  What are your best characteristics?  What are the best things about you as a person?

My best characteristics are that im a loving, caring, thoughtful, selfless, & supporting person.

What are your short term goals? If you go to prison, what are your plans? And if you do not go to prison, what are your immediate plans? What do you want to accomplish first?

My biggest short term goal is to assist my mom in financing another house. If I go to prison, I plan to stay away from any misconduct & to make my time as easy as possible. I would like to have job to keep myself busy & pass time. The first thing I want to accomplish is a plan to keep myself from becoming a repeat offender or inmate to any institution.

What are your long term goals? How do you see yourself in a year or five years or ten or twenty?

In the later years to come My family & I have plans to start up a string of family owned businesses. In example mechanic shops, detailing shops, fast food resturants, car dealerships, or clothing stores.

Are you a better person now? Why? What are you doing to improve yourself now and in the future?

In my personal opinion, I am a much better person now. I say so because I critically think before I act on a situation now & I don't have a clouded judgement on situations due to drug use. Now to improve myself I'm becoming very patient & not rushing anything, in the future ill stay clean & keep a leveled head.

You broke the law! The Judge may be concerned that you will break laws in the future. The Judge will consider how the sentence you receive will deter or keep you from committing crimes in the future. The Judge will also consider the need to protect the public from further crimes you may commit. Why should the Judge believe you are not a threat or risk? What type or length of sentence is necessary to deter or keep you from committing crimes in the future and to protect the public?

The Judge should believe I'm not a threat or risk because I know not to resort to violence or criminal conduct to achieve my wants & needs. Treatment is all I deem neccessary to keep me from committing crimes. As long as I have a clear head I'll always make an appropriate decision.

Do you need educational or vocational training? What type or length of sentence is sufficient but not greater than necessary to provide you with needed educational or vocational training?

I dont absolutely think I need any training for the profession I have in mind, but I wouldn't mind accepting the training. The shortest sentence possible is needed to provide me with entrepreneurial training, considering that you don't need a specific degree for the title.